UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICHOLAS SAAKVITNE**,<br>Plaintiff,<br>v.<br>**ENERGY, RESEARCH & GENERATION, INC., ET AL.**,<br>Defendants. | Case No.  15-cv-03026-YGR<br><br>**ORDER RELEASING FUNDS**<br>Re: Dkt. No. 15 |

On or about February 17, 2016, the Parties herein and the United States filed a stipulation providing that certain funds on deposit with the registry of the Court be released to Nicholas Saakvitne, as Trustee of The Energy, Research & Generation, Inc. Profit Sharing Plan and Associated Retirement Trust.

IT IS HEREBY ORDERED that the $321,351.00 deposited with the registry of the Court on or about August 20, 2014, plus all interest earned thereon, be released and delivered forthwith to Nicholas Saakvitne, as Trustee of The Energy, Research & Generation, Inc. Profit Sharing Plan and Associated Retirement Trust.  The check shall be made payable to "Nicholas Saakvitne, as Trustee of The Energy, Research & Generation, Inc. Profit Sharing Plan and Associated Retirement Trust" and delivered to Mr. Saakvitne at the following address: Saakvitne Law Corporation, 532 Colorado Avenue, 2nd Floor, Santa Monica, CA 90401.

**IT IS SO ORDERED.**

Dated: March 11, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**